UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| JESSE DENNIS, JR., TERESA DENNIS, the ESTATE OF JAMES DENNIS, SR. and the ESTATE OF DECEDENT, LUE REE DENNIS | * CIVIL ACTION NO. 13-cv-1339 * * * * * |
| VERSUS | * JUDGE HICKS * |
| BOSSIER HEALTHCARE, LLC, d/b/a HERITAGE MANOR OF BOSSIER | * * * MAGISTRATE JUDGE HORNSBY |

## MOTION TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, come Jesse Dennis Jr., Teresa Dennis, the Estate of James Dennis Sr. and the Estate of Decedent, Lue Ree Dennis, Plaintiffs herein, and upon noting that Plaintiff has filed a concurrent matter in state court, both counsel are in mutual agreement to pursue the state court claim in lieu of litigating in federal court. Plaintiff respectfully moves for an order from this Honorable Court voluntarily dismissing the above-captioned matter without prejudice.

Respectfully submitted,

August 7, 2013

/s/ Patrick R. Jackson
Patrick R. Jackson #25722
Patrick R. Jackson, A.P.L.C
4442 Viking Drive, Suite 100
Bossier City, Louisiana  71111
(318)752-3335
(318)752-3315

## CERTIFICATE OF SERVICE

I hereby certify that I have notified Gaye Nell Currie, Post Office Box 651, Jackson, Mississippi 39205, of the filing of this matter through the Court's ECF filing system this 7th day of August 2013.

/s/ Patrick R. Jackson