## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### SHREVEPORT DIVISION

| | |
|---|---|
| JESSE DENNIS, JR., TERESA DENNIS, the ESTATE OF JAMES DENNIS, SR. and the ESTATE OF DECEDENT, LUE REE DENNIS | * CIVIL ACTION NO. 13-cv-1339<br>*<br>*<br>*<br>*<br>* |
| VERSUS | * JUDGE HICKS<br>* |
| BOSSIER HEALTHCARE, LLC, d/b/a HERITAGE MANOR OF BOSSIER | *<br>*<br>* MAGISTRATE JUDGE HORNSBY |

### ORDER

Considering the foregoing Motion to Dismiss without prejudice, it is HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs' Motion to Dismiss without prejudice is hereby granted.

Shreveport, Louisiana, this __8th__ day of __August__, 2013.



_____
JUDGE